UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RANDY LEE RINDAHL, | Civil No. 18-3237 (JRT/ECW) |
| Plaintiff, | |
| v. | |
| UNITED STATES ATTORNEY'S OFFICE FOR MINNESOTA, | **ORDER** |
| Defendant. | |

---

Randy Lee Rindahl, #07105, Unit W104, Department of Corrections State Penitentiary, P.O. Box 5911, Sioux Falls, SD 57117-5911, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated February 11, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: April 1, 2020
at Minneapolis, Minnesota

                                                  s/John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court